UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-95-MWF(Ex)**                                      Dated: **September 15, 2015**

Title:       Ho Kim, et al. -v- Sook Pak, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

  Cheryl Wynn          None Present
  Relief Courtroom Deputy      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present          None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

  In light of the Mediation Report filed September 11, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 19, 2015, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

  **IT IS SO ORDERED.**

MINUTES FORM 90             Initials of Deputy Clerk     cw
CIVIL - GEN